No. 439. LITTLE *v.* COX & CARPENTER, INC., ET AL. October 23, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. S. C. Mize* for petitioner. *Messrs. J. Zach Spearing*

and *W. L. Guice* for respondents.

